NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERANCE CORP.,**
*Plaintiff-Appellant,*

v.

**DIGIMARC CORP. (DELAWARE) AND DIGIMARC CORP. (OREGON),**
*Defendants-Appellees,*

AND

**IV DIGITAL MULTIMEDIA INVENTIONS, LLC,**
*Defendant-Appellee.*

---

2011-1601

---

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0831, Judge Michael M. Baylson.

---

ON MOTION

---

ORDER

The parties jointly move for a protective order covering materials filed under seal in the United States Dis-

trict Court for the District of Delaware in case no. 10-CV-831.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary pursuant to Federal Circuit Rule 11(c).

FOR THE COURT

DEC 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alfred R. Fabricant, Esq.
John D. Vandenberg, Esq.
Alan S. Kellman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK